UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61338-CIV-SINGHAL/DAMIAN

JEFFREY TRONSEN,

Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

Defendant.
_______________________________________/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS MATTER** has come before the Court upon a Report and Recommendation Following Cross-Motions for Summary Judgment (DE [26]) filed on February 16, 2023, recommending that the Court deny Plaintiff's Motion for Summary Judgment (DE [22]), grant Defendant's Motion for Summary Judgment (DE [23]), and affirm the decision of the Administrative Law Judge. The Court has reviewed the entire file and record and has made a *de novo* review of the issues.

[Continued on next page]

No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (DE [26]) is **AFFIRMED** and **ADOPTED**.
2. Plaintiff's Motion for Summary Judgment (DE [22]) is **DENIED**.
3. The Defendant's Motion for Summary Judgment (DE [23]) is **GRANTED**.
4. The Administrative Law Judge's Decision is **AFFIRMED**.
5. The Clerk of Court is directed to **CLOSE** this case. Any other pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of March 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF